**H. E. Munson, appellant, v. Dee Minor, appellee.**

Action of forcible entry and detainer. Judgment for defendant.

Appeal from the Circuit Court of Shelby county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922.

Vause & Kiger, for appellant; Whitaker, Ward & Pugh, of counsel. A. L. Yantis, for appellee.

Mr. Justice Heard delivered the opinion of the court.